| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>The Gun Store, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 ye<br>(include married, maiden, and trade names): | All Other Names used by the Debtor in the last 8 ye<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br><div align="center">88-0241856</div> | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| StreetAddress of Debtor (No. and Street, City, and<br>2900 E. Tropicana Ave.<br>Las Vegas, NV 89121<br><div align="right">ZIP CODE 89121</div> | Street Address of Joint Debtor (No. and Street, City<br><div align="right">ZIP CODE</div> |
| County of Residence or of the Principal Place of Business:<br>Clark | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street<br><div align="right">ZIP CODE</div> | Mailing Address of Joint Debtor (if different from s<br><div align="right">ZIP CODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above<div align="right">ZIP CODE</div> | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  See Exhibit D on page 2 of this form.
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entitie check this box and state type of entity below.

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)**

- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [X] Debts are primarily business debts.

**Chapter 11 Debtors**

Check One Box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101

Check if
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debt insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or mo of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee (Check one box.)**

- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

- [ ] Debtor estimates that funds will be available for distribution to unsecured credit
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds avai distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 Million | $10,000,001 to $50 million | $0 to $50,000 | $0 to $50,000 | $0 to $50,000 | $0 to $50,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 Million | $10,000,001 to $50 million | $0 to $50,000 | $0 to $50,000 | $0 to $50,000 | $0 to $50,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

B 1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case. | The Gun Store, Inc. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date FIled: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d)<br><br><br>☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11,United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health

☒ Yes, and Exhibit C is attached and made a part of this petitio

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days imn preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this Di has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cu entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period afte filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case.) | The Gun Store, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Debtor

_____

Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date 7/9/15

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign)

_____

(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X /s/ RE Hawkins

Signature of Attorney for Debtor(s)

 Richard E. Hawkins, Esq.

Printed Name of Attorney for Debtor(s)

 Hawkins, Boley and Aldabbagh

Firm Name

 3143 Industrial Road

 Las Vegas, NV  89109

 (702) 435-3333

Telephone Number

Date    7/9/15

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as

defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have

provided the debtor with a copy of this document and the notices and information

required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or

_____

(Signature of Foreign Representative)

_____

Social-Security number (If the bankruptcy petition preparer is not an state the Social-Security number of the officer, principal, responsible partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, respo partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who pr in preparing this document unless the bankruptcy petition preparer individual.

If more than one person prepared this document, attach additional s to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisio the Federal Rules of Bankruptcy Procedure may result in fines or in

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /S/ Robert M. Irwin

Signature of Authorized

Robert M. Irwin

Printed Name of Authorize

 President

Title of Authorized Individ

July 9, 2015

Date

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In Re:

The Gun Store, Inc.

**BANKRUPTCY NC**
**CHAPTER NO.**11

Debtor(s).

**DECLARATION RE: ELECTRONIC FILING OF PETITION**
**SCHEDULES, STATEMENTS AND PLAN (if applicable)**

**PART I - DECLARATION OF PETITIONER**

I [We] _____Robert M. Irwin_____ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 14 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C § 707(a)(3) without further

☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in

☑ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 7/9/15

Signed: _____
(Applicant)                              (Joint

**PART II - DECLARATION OF**

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: _____

Signed: /s/ RE Hawkins
Attorney for

B6 Summary (Form 6 - Summary) (12/13)

United States Bankruptcy Court

District of Nevada

In re  **The Gun Store, Inc.** ,
             Debtor

Case No. _____
          (if known)
            11
Chapter _____

SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | | | |
| B - Personal Property | | | $.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $2,848,674.66 | |
| E - Creditors Holding Unsecured Priority CLaims | | | | $38,262.45 | |
| F - Creditors Holdin Unsecured Nonpriority Claims | | | | $1,325,265.57 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | |
| J - Current Income of Individual Debtor(s) | | | | | |
| TOTAL | | | $.00 | $4,212,202.68 | |

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

In re **The Gun Store, Inc.** _____ ,      Case No. _____
_____
Debtor                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E | U N L I Q U I D | D I S P U T E | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT                8350<br>Allied Bank<br>Box 9001948<br>Louisville, KY  40290 | | | 2015<br>2015 Ford Transit van #2<br>Value: | | | | $57,684.48 | |
| ACCOUNT                4238<br>Alllied Bank<br>Box 9001948<br>Louisville, KY  40290 | | | 2015<br>2015 Ford Transit Van #1<br>Value:            $1.00 | | | | $57,684.48 | |

___ 1 continuation sheets attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

$115,368.96

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  The Gun Store, Inc._____,    Case No. _____
                    Debtor                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E | U N L I Q U I D | D I S P U T E | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Bank of America<br>attn: Diana Arroyo<br>CA9-70303-93<br>101 S. Marengo Ave<br>3d FLoor--Special Assets Group<br>Pasadena, CA  91101 | | | Real estate loan<br>Also secured by business assets and receivables<br>2890/2900 E. Tropicana Ave,<br>Las Vegas, NV<br>Value currently unknown.<br>Value: | | | | $913,900.00 | |
| ACCOUNT            -315<br>Bank of America<br>attn: Diana Arroyo<br>CA9-70303-93<br>101 S. Marengo Ave<br>3d FLoor--Special Assets Group<br>Pasadena, CA  91101 | | | Real estate loan<br>Also secured by business assets and receivables<br>2950 E. Tropicana Ave,<br>Las Vegas, NV<br>Value currently unknown<br>Value: | | | | $356,500.00 | |
| ACCOUNT            -299<br>Bank of America<br>attn: Diana Arroyo<br>CA9-70303-93<br>101 S. Marengo Ave<br>3d FLoor--Special Assets Group<br>Pasadena, CA  91101 | | | line of credit<br>AR, inventory, equipement,land value currently unknown<br>Value: | | | | $349,999.00 | |
| ACCOUNT            0026<br>Meadows Bank<br>8912 Spanish Bridge Ave<br>Suite 100<br>Las Vegas, NV  89148 | | | Consturction loan for shooting ranges<br>Value: | | | | $1,112,906.70 | |

Sheet no._1__of__1___continuation sheets attached to Schedule of Creditors Holding SecuredClaims

Subtotal ▶
(Total of this page)          $2,733,305.70

Total ▶
(Use only on last page)       $2,848,674.60

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Form 6E) (13/04)

In re The Gun Store, Inc. ,                                Case No. _____
                    Debtor                                                  (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the peti Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor cho to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the bo labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts rep this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not enti to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in
11 U.S.C. § 507(a)(1).

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointmen of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Form 6E) (12/07)

In re _____ The Gun Store. Inc. _____    Case No. _____
                              Debtor                                                    (if known)

☐ Certain farmers and fishermen

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ Deposits by individuals

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were
not delivered or provided. 11 U.S.C. § 507(a)(7).


☒ Taxes and Certain Other Debts Owed to Governmental Units

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ Commitments to Maintain the Capital of an Insured Depository Institution

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of
the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).


☐ Claims for Death or Personal Injury While Debtor Was Intoxicated

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug,
or another substance. 11 U.S.C. § 507(a)(10).


   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment


2
____ continuation sheets attached

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

In re  The Gun Store, Inc.                    Case No. _____
_____
       Debtor                                        (if known)

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTIN | UNLIQU | DISPUT | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Nevada Department of Public Safety 555 E. Washington Ave., #1300 Las Vegas, NV 89101 | | | "Brady" background checks | | | | $2,125.00 | | |
| Nevada Department of Taxation, Bankruptcy Section 555 E. Washington Ave., #1300 Las Vegas, NV 89101 | | | Modified Business Tax | | | | $4,137.45 | | |
| Nevada Department of Taxation, Bankruptcy Section 555 E. Washington Ave., #1300 Las Vegas, NV 89101 | | | May & June sales tax and penalties Additional unknown amount is due for june. | | | | $32,000.00 | | |

Subtotals' (Totals of this page)

Total' (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $38,262.45

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Sheet no.3_____ of 2_____ continuation sheets attached to
Schedule of Creditors Holding Priority Claims

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

In re __The Gun Store, Inc._____ ,          Case No. _____
                  Debtor                                                 (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority aga debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is usef trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of th parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m) include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated. claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Sum Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related I

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR's NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDED | DISPUTT | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   n/a<br>$2.95 Guys<br><br>13750 Stowe Dr.<br>Poway, CA  92064 | | | T-shirt vender.  Includes ordered but not shipped shirts. | | | | $8,300.25 |
| ACCOUNT NO.   7055<br>ACUSport Corp<br><br>One Hunter Place<br>Bellefontaine, OH  43311 | | | genderal merchandise | | | | $5,664.00 |
| ACCOUNT NO.<br>Advanced Tactical IC<br><br>150 N. Smart Way<br>Pahrump, NV  89060 | | | Ammunition Supplier 2015 | | | | $5,845.00 |
| ACCOUNT NO.<br>Alliance Airport Advertising<br><br>8945 W. Russel Rd<br>#150<br>Las Vegas, NV  89148 | | | Airport signage | | | | $6,729.59 |

                                                                       Subtotal' | $26,538.84

8 ____ continuation sheets attache

Subtotal'
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

B6F (Form 6F) (12/07) -- Cont.

In re __The Gun Store, Inc._____,    Case No. _____
          Debtor                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR's NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUID | DISPUT-- | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>American Express Bank, FSB<br>Becket and Lee, LLP<br>Attorneys/Agent for Creditor<br>POB 300<br>Malvern, PA 19355 | | | Credit card<br>2015 | | | | $27,569.18 |
| ACCOUNT NO.    0400<br>American Express Bank, FSB<br>c/o Datamark Inc.<br>Attn: Merchant Financing Counsel<br>43 Butterfield Circle<br>El Paso, TX 79906 | | | Factored future receivables transaction | | | X | $93,693.47 |
| ACCOUNT NO.<br>American Printing<br>1512 Fremont St.<br>Las Vegas, NV 89101 | | | Printing, 2015 | | | | $7,756.52 |
| ACCOUNT NO.    n/a<br>American Video & Security<br>1421 E. Sunset Rd<br>Suite 2<br>Las Vegas, NV 89199 | | | security maintenance cameras.<br>2015 | | | | $998.00 |
| ACCOUNT NO.    4730<br>Beasley Broadcast<br>2920 S. Durango Dr.<br>Las Vegas, NV89117 | | | Radio broadcasting | | | | $8,899.95 |
| ACCOUNT NO.    1631<br>Big Rock Sports, LLC<br>1141 Jay Lane<br>Graham, NC 27253 | | | Ammunition & Merchandise<br>vendor<br>2015 | | | | $5,567.21 |

Sheet no.___1___ of___8___ continuation sheets attached to Schedule
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal'

Subtotal'
(Use only on last page of the completed Schedule F.)
...ort also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$1,325,265.57

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

B6F (Form 6F) (12/07) -- Cont.

In re __The Gun Store, Inc._____,          Case No. _____
                    Debtor                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR's NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bite the Bullet <br> 3400 W. Desert Inn Rd <br> Suite 41 <br> Las Vegas, NV 89102 | | | Ammunition Vendor <br> 2015 | | | | $11,251.25 |
| ACCOUNT NO. <br> Blue Ridge Knives <br> 166 Adwolfe Rd <br> Marion, VA 24354 | | | Knives for Merchandise | | | | $542.76 |
| ACCOUNT NO. <br> Capstone Brokerage <br> 8681 W. Sahara Ave <br> Suite 100 <br> Las Vegas, NV 89117 | | | Brokerage fee on insurance | | | | $5,000.00 |
| ACCOUNT NO. <br> Clear Channel Outdoor <br> Box 742025 <br> Los Angeles, CA 90074 | | | outdoor advertising | | | | $55,643.00 |
| ACCOUNT NO. <br> Clifford WIlson <br> 2900 E. Tropicana Ave <br> Las Vegas, NV 89121 | | | loans from manager/shareholder to Debtor | | | | $26,345.55 |
| ACCOUNT NO. <br> Cox Communications, Inc. <br> 750 N. Rancho Dr. <br> Las Vegas, NV 89106 | | | cable/internet <br> through | | | | $888.48 |
| ACCOUNT NO.                0369 <br> DEX <br> 1615 Bluff City Hwy <br> Brisol, TN 37620 | | | Yellow pages <br> 2015 | | | | $1,476.49 |

Sheet no.___2___ of___8___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal'

| | |
|---|---|
| Subtotal' (Use only on last page of the completed Schedule F.) | $1,325,265.57 |

(...ort also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Form 6F) (12/07) -- Cont.

In re **The Gun Store, Inc.**_____,
　　　　　　　Debtor

Case No. _____
　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR's NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E | U N L I Q U I D | D I S P U T -- | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David Murdock<br>315 South, 100 East<br>Monroe, UT 84754 | | | Money held for consignment purchases | | | | $9,354.35 |
| ACCOUNT NO.　　　4111<br>Davidsons<br>2625 Stearman Rd<br>Prescott, AZ 86301 | | | Merchandise supplier: guns, ammunition, accessories | | | | $5,162.14 |
| ACCOUNT NO.<br>Fun City<br>2910 S. Highland Dr<br>Suite E<br>Las Vegas, NV 89109 | | | Advertising rack cards.<br>$649/month<br>2015 | | | | $1,298.00 |
| ACCOUNT NO.<br>GBR<br>3301 N. University Dr.<br>Suite 300<br>Pompano Beach, FL 33065 | | | Factored advanced credit card sales | | | X | $626,567.70 |
| ACCOUNT NO.　　　0001<br>Goldbelt Wolf<br>5500 Cherokee Ave<br>Suite 100<br>Alexandria, VA 22312 | | | Ammunition vendor<br>2015 | | | | $4,525.04 |
| ACCOUNT NO.<br>High Sierra Investments<br>3430 E. Russel Rd<br>suite 304<br>Las Vegas, NV 89120 | | | Bookkeeper<br>2014 Tax return | | | | $1,575.00 |

Sheet no.___3___ of___8___ continuation sheets attached to Schedule
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal'

Subtotal'
(Use only on last page of the completed Schedule F.)
 ...ort also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$1,325,265.57

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

B6F (Form 6F) (12/07) -- Cont.

In re **The Gun Store, Inc.** _____,
　　　　　　Debtor

Case No. _____
　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR's NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUID | DISPUTE | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1616<br>Home Depot Credit Card<br>Box 183175<br>Dept. 32-2004766048<br>Columbus, OH  43218 | | | 2015<br>Store Card | | | | $3,497.03 |
| ACCOUNT NO.<br>Intermedia Outdoors, Inc.<br>Box 443<br>Mount Morris, IL  61054 | | | Magazines<br>2015 | | | | $86.00 |
| ACCOUNT NO. ORE<br>International Cartridge<br>2273 Route 310<br>Reynoldsville, PA  15851 | | | Ammunition vender<br>2015 | | | | $28,398.23 |
| ACCOUNT NO. 0402<br>Kimber Mfg<br>1 Lawton St<br>Yonkers, NY  10705 | | | Pistol supplier<br>2015 | | | | $7,514.00 |
| ACCOUNT NO. 5085<br>Lamar Companies<br>Box 96030<br>Baton Rouge, LA  70896 | | | Bilboard Advertising.<br>$675/month<br>Contrct ends in Nov, 2015 | | | | $2,700.00 |
| ACCOUNT NO. 4796<br>Las Vegas Review Journal<br>Box 920<br>Las Vegas, NV  89125 | | | Newspaper Acvertising | | | | $4,811.83 |
| ACCOUNT NO. 4900<br>Las Vegas Towel & TIssue<br>Box 94946<br>Las Vegas, NV  89193 | | | Bathroom supplies & cleaning products | | | | $1,218.74 |

Sheet no.___4___ of___8___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal'

Subtotal'
(Use only on last page of the completed Schedule F.)
...ort also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

$1,325,265.57

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

B6F (Form 6F) (12/07) -- Cont.

In re __The Gun Store, Inc._____,          Case No. _____
                 Debtor                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR's NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E | U N L I Q U I D | D I S P U T - | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.           51-IN<br>Law Enfocement Targets<br>c/o David O'Meara<br>8802 West 35 W Service Drive NE<br>Blaine, MN 55449 | | | Target supplier | | | | $5,401.57 |
| ACCOUNT NO.<br>Long Mountain Outfitters<br>180 Cassia Way<br>Unit 506<br>Henderson, NV  89014 | | | gun parts<br>2015 | | | | $400.00 |
| ACCOUNT NO.           n/a<br>Michael K. Bunker<br>721 Kelso<br>Las Vegas, NV  89107 | | | Money held for consginment purchases | | | | $9,800.05 |
| ACCOUNT NO.           0413<br>Morris Media Network<br>Box 1584<br>Augusta, GA  30903 | | | Advertising: coupon books, maps, etc.<br>$5752.000 every 30 days | | | | $34,886.78 |
| ACCOUNT NO.           9306<br>Moteng<br>7230 Trade St.<br>Suite 100<br>San Diego, CA  92121 | | | Holster supplier<br>2015 | | | | $1,696.36 |
| ACCOUNT NO.<br>Nevada Department of Public Safety<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101 | | | "Brady" backgorund cheks | | | | $2,125.00 |

Sheet no.___5___ of___8___ continuation sheets attached to Schedule
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal'

Subtotal'                          $1,325,265.57
(Use only on last page of the completed Schedule F.)
...ort also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Form 6F) (12/07) -- Cont.

In re  The Gun Store, Inc. _____,                    Case No. _____
                        Debtor                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR's NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E | U N L I Q U I D | D I S P U T -- | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nevada Department of Taxation, Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101 | | | estimated amount due for May & June 2015 sales tax | | | | $32,000.00 |
| ACCOUNT NO.<br>Oakley Inc<br>One Icon<br>Foothill Ranch, CA 92610 | | | Sunglass supplier | | | | $2,733.33 |
| ACCOUNT NO.            2647<br>Presidential Limousine<br>2000 Industrial Rd<br>Las Vegas, NV 89102 | | | 2015<br>Transportation of customers | | | | $814.70 |
| ACCOUNT NO.<br>Pro Gun Club<br>Box 61241<br>Boulder City, NV 89006 | | | fees from joint operations | | | | $31,547.65 |
| ACCOUNT NO.<br>Pursuit Channel<br>Box 188<br>12 N. King St.<br>Glenwood, AL 36034 | | | Cable television advertising | | | | $6,950.00 |
| ACCOUNT NO.<br>Quest Diagnostics<br>Box 98675<br>Las Vegas, NV 89193-8675 | | | employee drug tests<br>2015 | | | | $91.00 |
| ACCOUNT NO.            1836<br>Republic Services<br>770 E. Sahara Ave<br>Las Vegas, NV 89104-2943 | | | Trash & recycling<br>current billing cycle | | | | $4,090.92 |

Sheet no._____ of_____ continuation sheets attached to Schedule
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

          6          8

Subtotal'

Subtotal'                                                                                  $1,325,265.57
(Use only on last page of the completed Schedule F.)
ort also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

B6F (Form 6F) (12/07) -- Cont.

In re ___The Gun Store, Inc._____,          Case No. _____
                    Debtor                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR's NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E | U N L I Q U I D | D I S P U T -- | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Robert Irwin<br>Box 97413<br>Las Vegas, NV 89193 | | | Money leant to debtor by largest creditor<br>Approximate | | | | $160,060.44 |
| ACCOUNT NO. 0692<br>Rothco<br>3015 Veteran's Memorial Highway<br>Ronkonkoma, NY 11779 | | | Shemagh supplier | | | | $698.01 |
| ACCOUNT NO.<br>Ruth Ann Irwin<br>6207 Oak Park Ave<br>Las Vegas, NV 89118 | | | Money held for consignment purchases | | | | $9,880.00 |
| ACCOUNT NO.<br>Safety Source, Inc.<br>7814 John-Scott Drive<br>Grand Ledge, MI 48837 | | | gloves, masks, and other hygenic equipment | | | | $582.29 |
| ACCOUNT NO. -2LE<br>Security Equipment Corp<br>747 Sun Park Dr.<br>Fenton, MO 63026 | | | Taser supplier<br>2015 | | | | $472.50 |
| ACCOUNT NO.<br>SinterFire, Inc.<br>200 Industrial Park Rd<br>Kersey, PA 15846 | | | Ammunition Vendor | | | | $18,084.77 |
| ACCOUNT NO.<br>Southern Nevada Printing<br>2910 S. Highland Dr<br>Suite K<br>Las Vegas, NV 89109 | | | T-shirts<br>2015 | | | | $800.00 |

Sheet no.__7__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal'

Subtotal'          $1,325,265.57
(Use only on last page of the completed Schedule F.)
(...ort also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

B6F (Form 6F) (12/07) -- Cont.

In re __The Gun Store, Inc._____,          Case No. _____
                   Debtor                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR's NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGE | UNLIQUID | DISPUT·· | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      1586 <br> Surefire, LLC <br> 18300 Mount Baldie Cir. <br> Fountain Valley, CA 92708 | | | flashlight supplier | | | | $1,528.01 |
| ACCOUNT NO. <br> Taylored Photo Memories <br> 1800 Hill Canyon Ln <br> Las Vegas, NV 89144 | | | photographer <br> 2015 | | | | $575.00 |
| ACCOUNT NO. <br> The Retirement Advantage <br> 101 E. Grand Ave <br> Suite 16 <br> Port Washington, WI53074 | | | 401(k) plan compliance auditor | | | | $392.50 |
| ACCOUNT NO.      2411 <br> Transamerican and Export <br> 12345 World Trade Drive <br> San Diego, CA 92128 | | | Magazine vendor | | | | $51.12 |
| ACCOUNT NO. <br> US Bank N.A. <br> Bankruptcy Department <br> P.O. Box 5229 <br> Cincinatti, OH 45201-522 | | | 2015 <br> Credit Card | | | | $30,724.81 |
| ACCOUNT NO.      n/a <br> Yinski Design, LLC <br> 5320 Candlespice Way <br> Las Vegas, NV 89135 | | | Contract Dispute. <br> No amount owed by debtor. | X | X | X | $.00 |

Sheet no.____8__ of____8__ continuation sheets attached to Schedule
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal'

Subtotal'
(Use only on last page of the completed Schedule F.)
...ort also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)          $1,325,265.57

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

B 6G (Form 6G) (12/07)

The Gun Store, Inc. _____,                    Case No. _____
In re _____
            **Debtor**                                                     (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether the debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Century Link<br>Box 660068<br>Dallas, TX  75266-0068 | Phone service<br>$125/month |
| Communication Electronics System<br>4080 E. Lake Meade<br>Suite A<br>Las Vegas, NV  89115 | Fire alarm<br>$285/month |
| Guardian<br>Box 530157<br>Atlanta, GA  30353 | Dental and vision insurance<br>$1,807/month |
| Health Plan of Nevada<br>2720 N. Tenaya Way<br>Las Vegas, NV  89128 | Medical insurance for employees<br>$7,978.03/month |
| IPFS<br>Box 412086<br>Kansas City, MO  64141 | General liability insurance |
| Optum Health<br>Northwest  6373<br>Box 1450<br>Minneapolis, MN  55485 | COBRA medical management<br>Monthly $50 |
| Pitney Bowes Leasing<br>2225 AMerican Dr.<br>Neenah, WI  54956 | Postal meter lease, $174.29/month |
| SDC Property Management | Contract for Sale of 2910 E. Tropicana.<br>To close in 2020 |
| US Target Inc<br>Box 66183<br>Roseville, MI  48066 | Targets<br>2015 |

B6 Declaration (Form 6 - Declaration) (1:

In re The Gun Store, Inc. ,                                    Case No. _____
             Debtor                                                                  (if known)


### DECLARATION CONCERNING DEBTOR'S SCHEDULES


### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

        7/9/15

Date                                                                  Signature: _____
                                                                                                    Debtor

Date                                                                  Signature: _____
                                                                                                    Debtor


_____
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 1


    This form was generated by dochawk's Bankrutpcy Program, which is only licensed to attorneys, and only for districts in which they are licensed to practice.

    Its use by a non-attorney petition preparer would be a civil and criminal violation of the Copyright act.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP


    I, the ____President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____Corporation_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _15_ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

    Date   July 9, 2015

                                                          Signature:  /s/ Robert M. Irwin

                                                                      Robert M. Irwin
                                                                      [Print or type name of individual signing on behalf of debt


[An individual signing on behalf of a partnership or corporation must indicate position or relationship
to debtor.] - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and

B 203
(12/94)

United States Bankruptcy Court

The Gun Store, Inc.

In re_____

Debtor(s)

Case No._____
(if known)
11
Chapter_____

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above- named debtor(s) and that compensation paid to me w ithin one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection w ith the bankruptcy case is as follow s:

For legal services, I have agreed to accep t. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        $12,000.00
                                                                                             _____
                                                                                                $12,000.00
Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . .     _____
                                                                                                   $.00
Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

2.  The source of the compensation paid to me was:

    ☒ Debtor              ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☒ Debtor              ☐ Other (specify)

4.
    ☒  I have not agreed to share the above-disclosed compensation w ith any other person unl ess they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation w ith a other person or persons w ho are not members or associates of my law firm. A copy of the agreement, together w ith a list of the names of the people sharing in the compensation, is attached.

2.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis o fthe debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan w hich may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

        Actual fee will be set by couert by fee motions, based upon Attroney's hourly rate of $325 and paralegal rate of $115, and will certainly be far larger than the pre-petition retainer.

6.  By agreement with the debtor(s) ,the above-disclosed fee does not include the following services:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

7/9/15
_____
          Date

/s/ RE Hawkins
_____
               Signature of Attorney

Hawkins, Boley and Aldabbagh
_____
               Name of law firm

**UNITED STATES BANKRUPTCY COURT**

District of Nevada

******

|  |  |  |
|---|---|---|
| **In re:** | ) | **Bankruptcy No.:** |
|  | ) |  |
|  | ) | **Chapter** |
|  | ) |  |
| The Gun Store, Inc. | ) | 11 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ ) | |  |

**The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.**

**Date** _7/9/15_____          **Signature** /s/ Robert M. Irwin_____

**Date** _____          **Signature** _____

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN , Version 150709c ©MCMXXXIX-MMXV

$2.95 Guys

13750 Stowe Dr.
Poway, CA  92064


ACUSport Corp

One Hunter Place
Bellefontaine, OH  43311


Advanced Tactical IC

150 N. Smart Way
Pahrump, NV  89060


Alliance Airport Advertising

8945 W. Russel Rd
#150
Las Vegas, NV  89148


Allied Bank

Box 9001948
Louisville, KY  40290


Alllied Bank

Box 9001948
Louisville, KY  40290


American Express Bank, FSB

Becket and Lee, LLP
Attorneys/Agent for Creditor
POB 300
Malvern, PA  19355


American Express Bank, FSB

c/o Datamark Inc.
Attn: Merchant Financing Counsel
43 Butterfield Circle
El Paso, TX  79906

American Printing

1512 Fremont St.
Las Vegas, NV  89101


American Video & Security

1421 E. Sunset Rd
Suite 2
Las Vegas, NV  89199


Bank of America

attn: Diana Arroyo
CA9-70303-93
101 S. Marengo Ave
3d FLoor--Special Assets Group
Pasadena, CA  91101


Beasley Broadcast

2920 S. Durango Dr.
Las Vegas, NV89117


Big Rock Sports, LLC

1141 Jay Lane
Graham, NC  27253


Bite the Bullet

3400 W. Desert Inn Rd
Suite 41
Las Vegas, NV  89102


Blue Ridge Knives

166 Adwolfe Rd
Marion, VA 24354


Capstone Brokerage

8681 W. Sahara Ave
Suite 100
Las Vegas, NV  89117

Century Link

Box 660068
Dallas, TX  75266-0068


Clear Channel Outdoor

Box 742025
Los Angeles, CA  90074


Clifford WIlson

2900 E. Tropicana Ave
Las Vegas, NV  89121


Communication Electronics System

4080 E. Lake Meade
Suite A
Las Vegas, NV  89115


Cox Communications, Inc.

750 N. Rancho Dr.
Las Vegas, NV  89106


DEX

1615 Bluff City Hwy
Brisol, TN 37620


David Murdock

315 South, 100 East
Monroe, UT  84754


Davidsons

2625 Stearman Rd
Prescott, AZ  86301


Fun City

2910 S. Highland Dr
Suite E
Las Vegas, NV  89109

GBR

3301 N. University Dr.
Suite 300
Pompano Beach, FL  33065


Goldbelt Wolf

5500 Cherokee Ave
Suite 100
Alexandria, VA  22312


Guardian

Box 530157
Atlanta, GA  30353


Health Plan of Nevada

2720 N. Tenaya Way
Las Vegas, NV  89128


High Sierra Investments

3430 E. Russel Rd
suite 304
Las Vegas, NV  89120


Home Depot Credit Card

Box 183175
Dept. 32-2004766048
Columbus, OH  43218


IPFS

Box 412086
Kansas City, MO  64141


Intermedia Outdoors, Inc.

Box 443
Mount Morris, IL  61054

Internal Revenue Service

P.O. Box 7346
Philadelphia, PA 19101-7346


International Cartridge

2273 Route 310
Reynoldsville, PA  15851


Kimber Mfg

1 Lawton St
Yonkers, NY  10705


Lamar Companies

Box 96030
Baton Rouge, LA  70896


Las Vegas Review Journal

Box 920
Las Vegas, NV  89125


Las Vegas Towel & TIssue

Box 94946
Las Vegas, NV  89193


Law Enfocement Targets

c/o David O'Meara
8802 West 35 W Service Drive NE
Blaine, MN 55449


Long Mountain Outfitters

180 Cassia Way
Unit 506
Henderson, NV  89014


Meadows Bank

8912 Spanish Bridge Ave
Suite 100
Las Vegas, NV  89148

Michael K. Bunker

721 Kelso
Las Vegas, NV  89107


Morris Media Network

Box 1584
Augusta, GA  30903


Moteng

7230 Trade St.
Suite 100
San Diego, CA  92121


Nevada Department of Public Safety

555 E. Washington Ave., #1300
Las Vegas, NV 89101


Nevada Department of Taxation, Bankruptcy Section

555 E. Washington Ave., #1300
Las Vegas, NV 89101


Oakley Inc

One Icon
Foothill Ranch, CA  92610


Optum Health

Northwest  6373
Box 1450
Minneapolis, MN  55485


Pitney Bowes Leasing

2225 AMerican Dr.
Neenah, WI  54956


Presidential Limousine

2000 Industrial Rd
Las Vegas, NV  89102

Pro Gun Club

Box 61241
Boulder City, NV  89006


Pursuit Channel

Box 188
12 N. King St.
Glenwood, AL  36034


Quest Diagnostics

Box 98675
Las Vegas, NV  89193-8675


Republic Services

770 E. Sahara Ave
Las Vegas, NV 89104-2943


Richard E. Hawkins, Esq.

3143 Industrial Road
Las Vegas, NV  89109


Robert Irwin

Box 97413
Las Vegas, NV  89193


Rothco

3015 Veteran's Memorial Highway
Ronkonkoma, NY  11779


Ruth Ann Irwin

6207 Oak Park Ave
Las Vegas, NV  89118


Safety Source, Inc.

7814 John-Scott Drive
Grand Ledge, MI  48837

Security Equipment Corp

747 Sun Park Dr.
Fenton, MO  63026


Security and Exchange Commission

Los Ageles Regional Office
4670 Wilshire Blvd.
11th Floor
Los Angeles, CA  90036


SinterFire, Inc.

200 Industrial Park Rd
Kersey, PA  15846


Southern Nevada Printing

2910 S. Highland Dr
Suite K
Las Vegas, NV  89109


Surefire, LLC

18300 Mount Baldie Cir.
Fountain Valley, CA  92708


Taylored Photo Memories

1800 Hill Canyon Ln
Las Vegas, NV  89144


The Gun Store, Inc.

2900 E. Tropicana Ave.
Las Vegas, NV  89121


The Retirement Advantage

101 E. Grand Ave
Suite 16
Port Washington, WI53074


Transamerican and Export

12345 World Trade Drive
San Diego, CA  92128

US Bank N.A.

Bankruptcy Department
P.O. Box 5229
Cincinatti, OH  45201-522


US Target Inc

Box 66183
Roseville, MI  48066


Yinski Design, LLC

5320 Candlespice Way
Las Vegas, NV  89135